In the Matter of JOSEPH LEWIS, Appellant, against FRANCIS T. SPAULDING, as Commissioner of Education of the State of New York et al., Respondents.

THE GREATER NEW YORK COORDINATING COMMITTEE ON RELEASED TIME OF JEWS, PROTESTANTS AND ROMAN CATHOLICS, Intervener, Respondent.

Counsel appeared April 11, 1949; appeal withdrawn April 14, 1949.

*Arthur Garfield Hays* and *Osmond K. Fraenkel* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown, Ruth Kessler Toch* and *Kent H. Brown* of counsel), for Francis T. Spaulding, as Commissioner of Education of the State of New York, respondent.

*John P. McGrath, Corporation Counsel (Seymour B. Quel, Michael A. Castaldi* and *Arthur H. Kahn* of counsel), for Board of Education of the City of New York, respondent.

*Charles H. Tuttle, Porter R. Chandler* and *Louis M. Loeb* for The Greater New York Coordinating Committee on Released Time of Jews, Protestants and Roman Catholics, intervener, respondent.

Appeal withdrawn upon payment of costs and disbursements.